Michael **MELLEY**, Administrator of the **Estate of Margaret Melley, Deceased, Appellant,**

v.

**Frank R. PENATER, M.D., and Gnaden Huetten Memorial Hospital, Appellees.**

Supreme Court of Pennsylvania.

Submitted July 7, 1994.

Decided Sept. 30, 1994.

Edward P. Shaughnessy, Easton, for appellant.

Georgine A. Olexa, Allentown, for appellees.

Before NIX, C.J., and FLAHERTY, ZAPPALA, PAPADAKOS, CAPPY, CASTILLE and MONTEMURO, JJ.

### ORDER

PER CURIAM.

Appeal dismissed as improvidently granted.

MONTEMURO, J., is sitting by designation as Senior Justice pursuant to Judicial Assignment Docket No. 94 R1801

due to the unavailability of LARSEN, J.; see No. 127 Judicial Administration Docket No. 1, filed October 28, 1993.